# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 4:99-cr-00012-MR-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **RODRIGUEZ J. ROBBS,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Petition for Remission of Fine [Doc. 43].

The Government moves for remission of the unpaid portion of the criminal fine and/or assessment owed by the Defendant in accordance with the provisions of 18 U.S.C. § 3573. It appearing to the Court that reasonable efforts to collect the fine and/or assessment are not likely to be effective, and for other good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Petition for Remission of Fine [Doc. 43] is **GRANTED**, and the above-referenced unpaid fine and/or assessment is hereby **REMITTED**.

**IT IS SO ORDERED.**

Signed: March 1, 2017

Martin Reidinger
United States District Judge